UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joel Mateo,<br><br>    Plaintiff,<br><br>v.<br><br>University System of New Hampshire and Frances Canning,<br><br>    Defendants. | Civil Action No.: 1:18-cv-11953-FDS |

## **DECLARATION OF CATHERINE PROVENCHER**

I, Catherine Provencher, declare as follows:

1. I am employed as the Vice Chancellor for Financial Affairs and Treasurer for the University System of New Hampshire ("USNH").

2. USNH is a body politic established pursuant to N.H. RSA § 187-A:3, with an address of 5 Chenell Drive, Suite 301, Concord, New Hampshire.

3. The University of New Hampshire (UNH) is a component institution of USNH. The UNH School of Law ("UNH Law") is located in Concord, New Hampshire.

4. Neither USNH nor UNH have campuses in Massachusetts.

5. USNH currently employs eight individuals in Massachusetts who teach on-line courses as adjunct professors for Granite State College. The adjunct professors teach on an as needed basis and do not teach if their classes do not fill.

6. USNH also currently employs five individuals who perform research-related work in Massachusetts for the University of New Hampshire.

2

I declare under the pains and penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 30, 2019                           /s/ Catherine Provencher
                                                                                  Catherine Provencher, CPA
                                                                                  USNH Vice Chancellor for Financial Affairs
                                                                                  and Treasurer