UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joel Mateo, <br><br> Plaintiff, <br><br> v. <br><br> University System of New Hampshire and Frances Canning, <br><br> Defendants. | Civil Action No.: 1:18-cv-11953-FDS <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF FRANCES CANNING

I, Frances Canning, declare as follows:

1. I am a defendant in this lawsuit and I have resided at 370 Bunker Road, New London, New Hampshire 03257 at all times relevant to the allegations in the complaint.

2. I do not own any property in Massachusetts.

I declare under the pains and penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 30, 2018                                         /s/ Frances Canning
                                                                Frances Canning